UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ASPEN SPECIALTY INSURANCE COMPANY, a North Dakota corporation,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER C. QUIMBY, M.D., an individual; and JENNIFER C. QUIMBY, M.D., INC., P.S., a Washington professional services corporation,<br><br>Defendants. | NO.  3:25-cv-05647-JHC<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT AND INITIAL DISCLOSURES |

THIS MATTER comes before the Court on the Joint Stipulated Motion to Extend Deadline to File Joint Status Report and Initial Disclosures in the above-referenced matter.  Dkt. # 11.  The Court, being fully informed of the issues, having considered the filing, HEREBY ORDERS that the Joint Stipulation is GRANTED.  The deadline to file the Joint Status Report and serve Initial Disclosures is extended to December 5, 2025.

IT IS SO ORDERD THIS 20th day of November, 2025.

_____
John H. Chun
United States District Judge